```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 10-00925-RNO
Wayne E. Schaefer                                               Chapter 12
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: LyndseyPr          Page 1 of 1          Date Rcvd: Jun 22, 2017
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Wayne E. Schaefer,    17276 Barrens Road North,    Stewartstown, PA 17363-7738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Andrew L Swope    on behalf of Interested Party    R.E. Gas Development, LLC
               andrew.swope@klgates.com, klgatesbankruptcy@klgates.com;wanette.legaspi@klgates.com
              Ann E. Swartz    on behalf of Creditor    UNITED STATES OF AMERICA ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Brittney Nicole Campbell    on behalf of Creditor    UNITED STATES OF AMERICA
               brittney.n.campbell@usdoj.gov, eastern.taxcivil@usdoj.gov
              Geoffrey S Shuff    on behalf of Creditor    AgChoice Farm Credit, ACA gshuff@mwn.com,
               gshuff@mwn.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Laurence T. Himes, Jr.    on behalf of Creditor    Peoplesbank, A Codorus Valley Company
               LHimes@ghhslaw.com, JMedvigy@ghhslaw.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Lawrence V. Young    on behalf of Plaintiff Wayne E Schaefer lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Lawrence V. Young    on behalf of Debtor Wayne E. Schaefer lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Mary F Kennedy    on behalf of Creditor    U.S. Bank National Association, ND mary@javardianlaw.com,
               tami@javardianlaw.com
              Robert L Knupp    on behalf of Creditor    Peoplesbank, A Codorus Valley Company rknupp@sasllp.com,
               gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
              Susan P Peipher    on behalf of Creditor Conrad D. King spp@blakingerthomas.com,
               egb@blakingerthomas.com;blt@blakingerthomas.com
              Thomas I Puleo    on behalf of Creditor    UNITED STATES OF AMERICA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 14

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Wayne E. Schaefer  
dba Schaefer Land Co.  
17276 Barrens Road North  
Stewartstown, PA 17363

Chapter 12  
Case No. 1:10−bk−00925−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−8381

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Lawrence G. Frank (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

Dated: June 22, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: LyndseyPrice, Deputy Clerk